IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBUS MEDICAL, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDWARD SHARP et al., | : | No. 22-383 |
| Defendants. | : | |

**ORDER**

AND NOW, this **18th** day of **May, 2022**, upon consideration of Defendant Edward Sharp's Motion for Judgment on the Pleadings as to Count VI, Plaintiff Globus Medical, Inc.'s response thereto, and Sharp's reply thereon, it is hereby **ORDERED** that the motion (ECF No. 21) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**